**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RONALDO ISRAEL CASTILLO CASTILLO,
Petitioner,

v.

CHRISTOPHER J. LAROSE,
Respondent.

Case No. 26-cv-04214-BAS-JLB

**ORDER DISMISSING PETITION AS MOOT**

The Government filed a Status Report sharing that Petitioner was granted bond and has been released from immigration custody. (ECF No. 17.) Accordingly, the Court finds the Petition is moot and **DISMISSES WITHOUT PREJUDICE** this action. The Court **VACATES** the hearing set for September 11, 2026. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: September 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**